Robert E. Boone III (SBN 132780)
Christopher L. Dueringer (SBN 173746)
Brian J. Recor (SBN 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:     rboone@bryancave.com
            cldueringer@bryancave.com
            brian.recor@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE BANK FSB;
RECONTRUST COMPANY N.A.; and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ELVIRA VALENCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS;<br>COUNTRYWIDE BANK FSB;<br>RECONSTRUCT COMPANY N.A.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br>COUNTRYWIDE and GEOFFREY<br>MIYAO; DOES 1 through 10,<br><br>        Defendants. | Case No. 09-CV-01328 MCE-EFB<br><br>**ORDER UPON SECOND STIPULATION TO EXTEND TIME FOR RESPONSE BY COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK FSB; RECONTRUST COMPANY N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

IT IS HEREBY STIPULATED, subject to the Court's order, by and between plaintiff Elvira Valencia ("Plaintiff") and defendants Countrywide Home Loans, Inc. (erroneously sued as "Countrywide" and "Countrywide Home Loans"), ReconTrust Company, N.A. (erroneously sued as "Reconstruct Company NA"), Countrywide Bank FSB, and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants"), through their undersigned counsel, as follows:

    1.    On or about May 19, 2009, Plaintiff served a summons and the Complaint in this action on non-California addresses for Countrywide Home Loans, Inc., Countrywide Bank FSB and MERS; other Defendants have not been served.

    2.    Accordingly, Defendants' responsive pleading to the Complaint was originally due to be filed on or before June 8, 2009, which the parties stipulated to extend to July 7, 2009;

    3.    Plaintiff and Defendants have agreed, and hereby stipulate, that Defendants shall have to and including <u>July 29, 2009</u>, to answer or otherwise respond to Plaintiff's Complaint; and

    4.    All rights of the parties are reserved.

Dated: July 6, 2009        BRYAN CAVE LLP

        By: <u>/s/ Brian J. Recor</u>
            Brian J. Recor
        Attorneys for Defendant
        COUNTRYWIDE HOME LOANS, INC.;
        COUNTRYWIDE BANK FSB;
        RECONTRUST COMPANY N.A.; and
        MORTGAGE ELECTRONIC
        REGISTRATION SYSTEMS, INC.

Dated: July 6, 2009                               LANAHAN & REILLEY LLP


                                                  By: /s/ Michael J.M. Brook
                                                      Michael J. M. Brook
                                                  Attorneys for Plaintiff
                                                  ELVIRA VALENCIA

   No further extensions will be granted to answer or otherwise respond to

Plaintiff's complaint. IT IS SO ORDERED.

DATED: July 14, 2009

                                                  _____
                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE